IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:06-cr-161 |
| ) | |
| VERNON JACKSON, ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion of even date,

It is hereby **ORDERED** that defendant's Petition for Writ of *Coram Nobis* and Vacatur of Conviction (Dkt. 35) is **GRANTED**.

It is further **ORDERED** that defendant's convictions for (i) conspiracy to commit bribery of a public official, in violation of 18 U.S.C. § 371 and 18 U.S.C. § 201(b)(1)(A) and (ii) bribery, in violation of 18 U.S.C. § 201(b)(1)(A), as alleged in Counts 1 and 2 of the Information, are **VACATED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 27, 2019

/s/
_____
T. S. Ellis, III
United States District Judge